# United States District Court
### Northern District of New York

## JUDGMENT IN A CIVIL CASE

DONAHUE A. MILLER,

                  **Plaintiff**

                V.                  CASE NUMBER: 1:05-CV-0429 (DNH/DRH)

OFFICER AMY O'BRYAN; OFFICER PETER PALEN; and SERGEANT KILFOYLE, Town of Ulster Police Department,

                  **Defendants.**

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**that Defendants' motion for summary judgment is GRANTED on other grounds; The complaint is DISMISSED in its entirety; and Plaintiff's motion to consolidate is DENIED as moot.**

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 3rd day of August, 2007.

August 3, 2007
_____
DATE

                                                    *[signature]*
                                                    Clerk of Court

                                               _____s/_____
                                               BY: Susan Evans
                                               DEPUTY CLERK

Entered on Docket:     8/3/07     se
                                 Date      By